R. H. MACY & Co., INC. v. UNITED STATES

No. 7271.—Invoice dated London, England, February 23, 1942.
Certified February 24, 1942.
Entered at New York, N. Y., March 28, 1942.
Entry No. 744845.

(Decided June 10, 1947)

*John R. Rafter* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal has been submitted upon a stipulation to the effect that the issues involved herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Upon the facts and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

R. H. MACY & Co., INC. v. UNITED STATES

No. 7272.—Invoices dated September 13, 1941, etc.
Certified September 13, 1941, etc.
Entered at New York, N. Y., October 22, 1941, etc.
Entry No. 720905, etc.

(Decided June 10, 1947)

*John R. Rafter* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.